# United States District Court Violation Notice

CVB Location Code: **MA40**

Violation Number: **H 5115458**
Officer Name (Print): **Hennessey**
Officer No.: **179**

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **7/25/14 1309 hrs**
Offense Charged: [X] CFR [ ] USC [ ] State Code — **102-74.380(c)**

Place of Offense: **O'Neill FOB - SSA Office**

Offense Description: **Theft of property**

### DEFENDANT INFORMATION

Last Name: **Gales**
First Name: **Gregory**
M.I.: 

Tag No.: 
State: 
Year: 
Make/Model: 
Color: 

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

ICE Form 78-001 (Rev. 02-06)    Original - CVB Copy    Previous edition is obsolete.

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **07/25**, 20**14** while exercising my duties as a law enforcement officer in the **1ST** District of **MASSACHUSETTS**

I was advised by the Protective Security Officer at the Thomas O'Neill FOB that FPS was requested for assistance for items missing from SSA office. Upon arrival, I was advised by SSA employees that a Coach purse was stolen by a SSA claimant. A search was conducted for a suspect wearing black jacket, jean shorts, mal/black in his 40's. The search for suspect was negative. An interview of SSA employee Glenn Blest who witnessed Gregory Gales, the claimant she was dealing with, walked away from the desk where he was being interviewed and walked over to the employee area and was seen walking away from the cubicle of SSA employee Daisy Santa-Gauman. Gales was also seen by SSA employee Clare Guerin in the area where the Coach purse was located. Inside the purse was Santa-Gauman's Drivers License, several credit cards and her Govt ID Card. For additional information please refer to FPS Incident Report P14070745

The foregoing statement is based upon:
[ ] my personal observation   [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/25/2014**    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge